UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDRIA BRADLEY,

      **Plaintiff,**

v.                                        **CASE NO:**     4:21-cv-00055-MW-MAF

INLAND MANAGEMENT
CORPORATION

      **Defendant.**

_____/

## MEDIATION REPORT

      The parties to the above cause submitted their issues to mediation on April 6, 2021. All issues have been resolved.

      /s/ Laura Beth Faragasso
LAURA BETH FARAGASSO
Florida Bar No. 654604
**O'STEEN & O'STEEN, P.L.**
2900 East Park Ave.
Tallahassee, Florida 32301
Email: lb@osteenosteen.com
(850) 877-1028
*Mediator*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record on this 7th day of April , 2021.

      /s/ Laura Beth Faragasso
Attorney