UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDRIA BRADLEY

v.  CASE NO.: 4:21-cv-55-MW-MAF

INLAND MANAGEMENT CORPORATION

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The Court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

4/8/2021  s/ Chip Epperson
DATE  Deputy Clerk